No. 207, Misc. ADKINS v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 215, Misc. CARPENTER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Daniel C. Ahern* and *Kevin J. Gillogly* for petitioner.

No. 217, Misc. TOWNSEND v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *George N. Leighton* for petitioner.

No. 221, Misc. OVERMAN v. WILKINSON, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for respondent.

No. 228, Misc. BARCLAY v. MARTIN, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 233, Misc. PRESS v. FALK, DIRECTOR, NEW YORK STATE DEPARTMENT OF CIVIL SERVICE, ET AL. Supreme Court of New York, New York County, and Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. *James L. R. Costello* and *Seymour S. Brewer* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondents.

No. 242, Misc. MORRISON v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.